**Rebecca Bruch, Esq.**
Nevada Bar No. 7289
**Lemons, Grundy & Eisenberg**
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868; (775)786-9716 (fax)
Email: rb@lge.net
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANNEL HEAD, an individual; and GEORGE HEAD, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WHITE PINE COUNTY, a political subdivision of the State of Nevada,<br><br>Defendant. | Case No: 3:24-cv-00036-MMD-CLB<br><br>**MOTION FOR ORDER SHORTENING TIME** |

Defendant through its counsel of record, pursuant to Local Rules LR IA 6-1(d) hereby files its Motion for Order Shortening Time.

This requested extension is sought in good faith.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    LEGAL AUTHORITIY**

Pursuant to LR IA 6-1(d), the Court has authority to shorten time. *LR IA 6-1(d)*.

**II.   ARGUMENT**

On August 13, 2025, Defendant filed a Motion for Extension of Time to File Motion for Summary Judgment. *ECF No. 56*. The current deadline to file the Motion for Summary Judgment is August 25, 2025. The Parties have met and conferred and Plaintiff has refused to stipulate to a two-week extension. The reason for the request is detailed in Defendant's Motion for Extension of Time but primarily is based on the relocation of Defendant's counsel's office, which necessitates computers, copiers, IT equipment and staff being

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1

1  likely unavailable for at least one week.  *Id*.

2  A normal briefing schedule for the Motion for Extension of Time would require a response within 14 days of service, which would be after the deadline for the Motion for Summary Judgment to be filed. For those reasons, Defendant is requesting an Order Shortening Time to respond to Defendant's Motion for Extension of Time.

If the Court is inclined to deny Defendant's Motion for Extension, Defendant will need to make its best efforts to get a Motion for Summary Judgment filed timely, at a bare minimum, notice of the denial no later than August 22, 2025.

Plaintiffs' counsel is aware this Motion for Order Shortening Time is being filed and has been provided with a copy of this document.

### III. CONCLUSION

Based on the foregoing, Defendant respectfully requests that the Court grant this Motion for an Order Shortening Time for Plaintiffs to respond to Defendant's Motion for Extension of Time to file Motion for Summary Judgment, as requested above. Defendant's Declaration is attached as Exhibit 1 to this Motion.  *See Exh. No. 1*.

DATED this 13th day of August, 2025.

LEMONS, GRUNDY & EISENBERG

By: /s/Rebecca Bruch
REBECCA BRUCH, ESQ. (SBN7289)
6005 Plumas St., Third Floor
Reno, Nevada 89519
*Attorneys for Defendant*

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of LEMONS, GRUNDY & EISENBERG, 6005 Plumas Street, Third Floor, Reno, Nevada 89519; over the age of 18 years, and not a party to the within action; that I served a copy of the foregoing document via CMECF, addressed to the following recipients:

Ranojoy Guha, Esq. (pro hac)
THE GUHA LAW FIRM
1100 Town and Country Road, Suite 1250
Orange, CA 92868
*Attorneys for Plaintiffs*

Jonathan A. Weinman, Esq. (pro hac)
LAW OFFICES OF JONATHAN A. WEINMAN, APC
3780 Kilroy Airport Way, Suite 200
Long Beach, CA 90806
*Attorneys for Plaintiffs*

Nicholas Wooldridge, Esq.
WOOLDRIDGE LAW LTD.
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

DATED this 13th day of August, 2025.

    /s/Yagmur Ozdemir
Yagmur Ozdemir, Assistant
to Rebecca Bruch, Esq.

3