**EXHIBIT LIST**

| NO. | DESCRIPTION | PAGES |
|-----|-------------|-------|
| 1.  | Declaration. | 2 |

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868