# DECLARATION

1. I am an attorney, duly admitted to practice law before this Court and the attorney of record for Defendant White Pine County in a case before this Court entitled *Shannel Head and George Head v. White Pine County*, Case No. 3:24-cv-00036-MMD-CLB.

2. I have requested Plaintiffs to stipulate to a two-week extension with a like reciprocal two-week extension for them to respond to a Motion for Summary Judgment that is currently due on August 25, 2025.

3. The Parties have talked by phone, Zoom, text message and email, but Plaintiffs have continued to refuse to stipulate to a two-week extension.

4. Defendant has filed a Motion for Extension of Time to File Motion for Summary Judgment. *See ECF No. 56.*

5. Under a standard briefing schedule, Plaintiffs' response to the Motion for Extension of Time would be due after the Motion for Summary Judgment would be due.

6. Hence, Defendant is requesting an expedited briefing schedule to respond to the Motion for Extension of Time to File a Motion for Summary Judgment.

7. Defendant would respectfully request a response from the Court no later than August 22, 2025, if at all possible, if the Court is inclined to deny Defendant's motion.

8. On August 13, 2025, at 9 a.m., Plaintiffs advised they would not stipulate to an extension. Defendant filed its Motion for Extension of Time to File Motion for Summary Judgment on the same day Plaintiffs advised of their position after

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1

several weeks of discussions about the request.

9. I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on August 13, 2025, in Reno, Nevada.

>LEMONS, GRUNDY & EISENBERG
>By:    /s/ Rebecca Bruch
>    REBECCA BRUCH, ESQ. (SBN7289)
>    LEMONS, GRUNDY & EISENBERG
>    6005 Plumas St., Third Floor
>    Reno, Nevada 89519
>    *Attorney for Defendant*

2