Ranojoy Guha (SBN 315968)
**THE GUHA LAW FIRM**
raj@guhalaw.com
1100 Town and Country Road,
Suite 1250
Orange, CA 92868
(310) 564-6041

Jonathan A. Weinman (SBN 256553)
**LAW OFFICES OF JONATHAN A. WEINMAN, APC**
jweinman@bwcounsel.com
3780 Kilroy Airport Way, Suite 200
Long Beach, CA 90806
(213) 200-2596

Attorneys for Plaintiffs,
SHANNEL HEAD and GEORGE HEAD

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANNEL HEAD, an individual; and GEORGE HEAD, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WHITE PINE COUNTY, a political subdivision of the State of Nevada; and DOES 1-25,<br><br>Defendant(s). | Case No: 3:24-cv-00036-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION TO AND DEFENDANT'S REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>**(Plaintiff's First Request)** |

Plaintiffs SHANNEL HEAD and GEORGE HEAD (together, "Plaintiffs") and Defendant WHITE PINE COUNTY ("Defendant") (collectively, the "Parties") through their counsel of record, pursuant to Local Rules LR IA 6-1 and LR 26-3, hereby stipulate to request a two-week extension of the September 29, 2025 deadline for Plaintiffs to file their Opposition to Defendant's Motion for Summary Judgment, and a commensurate two-week extension for Defendant to file its Reply papers in support thereof. Plaintiff's first request for an extension of the Parties' respective deadlines to file these papers is requested in good faith and not for the purpose of delay.

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1

On August 13, 2025, Defendant filed a Motion to Extend Time to File Motion for Summary Judgment. ECF No. 56. On August 14, 2025, the Court granted Defendant's Motion to Extend Time to File Motion for Summary Judgment, setting a due date for September 8, 2025. See ECF No. 58. On September 8, 2025, Defendant filed its Motion for Summary Judgment. See ECF No. 60.

The current due date for Plaintiff's Opposition is September 29, 2025.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   LEGAL AUTHORITIY

Fed. R. Civ. P. 16(b)(4) governs the modification of scheduling orders. Rule 16 provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The "good cause" standard focuses primarily on the movant's diligence. *Coleman v Quaker Oats Co*., 232 F.3d 1271, 1294-95 (9th Cir. 2000).

Local Rule IA 6-1(a) requires that a "stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted." Local Rule 26-3 further provides that a "motion or stipulation to extend any date set by [any] scheduling order[] or other order must, in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension." As detailed herein, the Parties stipulation meets these standards.

*REASON FOR EXTENSION:* Specifically, counsel for Plaintiff is currently dealing with urgent personal and family health care matters that are interfering with counsel's ability to meet the current September 29, 2025, deadline for Plaintiffs to file their Opposition to Defendant's Motion for Summary Judgment. In addition, counsel for Defendant will be on a prepaid nonrefundable family event from September 24 until October 13, 2025. As a result, under the current briefing schedule, Defendant's Reply brief would be due on October 13, 2025, the day she returns to her office. Accordingly, the parties request an additional extension of 14 days to file their remaining papers related to Defendant's Motion for Summary Judgment.

### D.   PROPOSED REVISED BRIEFING SCHEDULE:

2

1. **Summary of Proposed Changes:**

|  | **Current Deadlines** | **Proposed Deadlines** |
|---|---|---|
| **Plaintiff's Opposition** | Monday, September 29, 2025 | Monday, October 13, 2025 |
| **Defendant's Reply** | Monday, October 13, 2025 | Monday, October 27, 2025 |

DATED September 22, 2025

        THE GUHA LAW FIRM
         LAW OFFICES OF JONATHAN A. WEINMAN, APC
        WOOLDRIDGE LAW LTD.

        By:   /s/Ranojoy Guha
              Ranojoy Guha, Esq. (pro hac)
              Jonathan A. Weinman, Esq. (pro hac)
              Nicolas Woolridge, Esq.
              *Attorneys for Plaintiffs*

        LEMONS, GRUNDY & EISENBERG

        By:  /s/Rebecca Bruch
              REBECCA BRUCH, ESQ. (SBN7289)
              6005 Plumas St., Third Floor
              Reno, Nevada 89519
              *Attorneys for Defendant*

**IT IS SO ORDERED**:

DATED: September 23, 2025

_____
UNITED STATES DISTRICT JUDGE

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

3